JOHN C. FOSTER, Appellant, v. ETHEL G. FOSTER, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that the prior judgment merged

the cause of action and defendant's remedy was at the foot of the prior judgment.